# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:22-M -00253(1,2) |
| | § |
| (1) Edwin Leonardo Navarro | § |
| (2) Michelle Navarro | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 30, 2022** in **Val Verde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, conspire with unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title     **8**     United States Code, Section(s)     **1324(a)(1)(A)(v)(I)**
.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "On January 30, 2022, defendants Edwin Leonardo Navarro and Michelle Navarro, both United States citizens, were arrested near Del Rio, Texas, within the Western District of Texas, for conspiracy to transport two illegal aliens further into the United States. Near HWY 277 and Spur 317, an agent saw two subjects run from the brush and load into a vehicle that just pulled up to the location. Agents conducted an immigration

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Renteria, Oscar G.
Border Patrol Agent

02/03/2022                                                          at   DEL RIO, Texas
File Date                                                                City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE                 Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.   Case Number: DR:22-M -00253(1,2)

(1) Edwin Leonardo Navarro
(2) Michelle Navarro

**Continuation of Statement of Facts:**

vehicle stop and determined driver Edwin Navarro and passenger Michelle Navarro were United States citizens and two subjects found in the trunk were citizens of Mexico illegally present in the United States. In sworn statements, both defendants stated they agreed to drive to Del Rio, Texas to pick up people and to drive them to Fort Worth, Texas for monetary gain. They received a pin drop for the pick-up location and directions to bypass the checkpoint on return."

_____
Signature of Judicial Officer

_____
Signature of Complainant